UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  )<br>  )<br>GENERAL MOTORS LLC  )<br>IGNITION SWITCH LITIGATION  )<br>  )<br>*This Document Relates to the Plaintiffs in the Actions*  )<br>*Listed on the Attached Exhibit A*  )<br>  ) | No. 14-MD-2543 (JMF)<br><br>Hon. Jesse M. Furman |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The plaintiffs listed on the attached Exhibit A, each by and through their undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Confidential Master Settlement Agreement entered into by the parties, hereby give notice of the voluntary dismissal with prejudice of all actions, claims, and causes of action against General Motors LLC and all other defendants, including but not limited to the actions listed in the attached Exhibit A.  Costs taxed as paid.  General Motors LLC has no objection and consents to the dismissal with prejudice of these plaintiffs' actions.

The plaintiffs listed on the attached Exhibit B have not yet been dismissed and remain as active cases in the *In re: General Motors Ignition Switch Litigation* in MDL 2543.

Dated:  November 28, 2018

                                                Respectfully submitted,

                                                _____
                                                Eric Jensen, MO #43094
                                                THE POTTS LAW FIRM

        1901 W. 47th Place, Suite 210
        Westwood, KS 66205
        Telephone: (816) 931-2230
        Facsimile: (816) 817-0478
        Email: ejensen@potts-law.com

*Attorneys for Plaintiffs*

By: */s/ Wendy L. Bloom*
Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654-3406
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
richard.godfrey@kirkland.com
andrew.bloomer@kirkland.com
wendy.bloom@kirkland.com

*Attorneys for Defendant General Motors LLC*

The Clerk of Court is directed to (1) terminate those in Exhibit A as plaintiffs in both 14-MD-2543 and their respective member cases, and in the event all other parties have been terminated, to close the case; and (2) to docket this endorsement in both 14-MD-2543 and the member cases listed in Exhibit A.

SO ORDERED.

*[signature]*

November 29, 2018

**EXHIBIT A**

| Last Name | First Name | Cause Number |
|---|---|---|
| Crum | Jonathan | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Oesser | Shawn | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Davis | Freddie | Bradford, et al. v. General Motors, LLC; 1:15-cv-04088 |
| Gooden | Deanne | Bradford, et al. v. General Motors, LLC; 1:15-cv-04088 |
| Fulton | Shelia | Buckley, et al. v. General Motors LLC; 1:16-cv-03768 |
| Jarnigan-Goodman | Lillian | Buckley, et al. v. General Motors LLC; 1:16-cv-03768 |
| Kaufman | Maxine (individually and on behalf of class members of Evan Kaufman) | Buckley, et al. v. General Motors LLC; 1:16-cv-03768 |
| Caliguiro | Madeline | Buckley, et al. v. General Motors LLC; 1:16-cv-03768 |
| Lockhart | Anthony | Buckley, et al. v. General Motors LLC; 1:16-cv-03768 |
| ████████ | ████████ | ████████████████████████████████ |
| Cooperwood, Jr. | Stanley | Scovil, et al. v General Motors LLC; 1:16-cv-5251 |
| McClelland | Rita | Scovil, et al. v General Motors LLC; 1:16-cv-5251 |
| Suber | Willie | Scovil, et al. v General Motors LLC; 1:16-cv-5251 |
| Carroll | Marny | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Spirito | Anthony | Spirito, v General Motors LLC; 1:15-cv-08856 |
| Battle | Willie | Zapata, et al. v. General Motors LLC; 1:17-cv-02686 |

| Last Name | First Name | Cause Number |
|---|---|---|
| Nickens | Harold | Zapata, et al. v. General Motors LLC; 1:17-cv-02686 |
| Belachew | Yibeltal | Zapata, et al. v. General Motors LLC; 1:17-cv-02686 |
| St. Andrew | Bobbie | Zapata, et al. v. General Motors LLC; 1:17-cv-02686 |

**EXHIBIT B**

Upon dismissal of the plaintiffs' claims listed in Exhibit A, the following plaintiffs remain pending in the civil actions unaffected by this notice of dismissal (any person not listed in Exhibit A should not be dismissed at this time):

| Last Name | First Name | Cause Number |
|---|---|---|
| Abram | Nina | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Rodriguez | Ruben | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Smith | Kimberly (on behalf of class members of Spencer Smith) | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Block | Jason | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Peterson | Anita | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Fuller | Terry | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Reed | Susan | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Hatfield | Leigha | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Leal | Mary | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| West | Christine | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| McDonald | Cheryl | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Price | Charlotte | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Church | Jazzmyne | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Williams | Dorothy | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Thrower | Kelly | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| King | Barbara | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |

| Last Name | First Name | Cause Number |
|---|---|---|
| Wren | Nicole | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Thompson | Michael | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Thompson, Jr. | Paul | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Carbone | Gabrielle | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Simmons Roberts | Gerald | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Love | Kelli | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Araiza | Guadalupe (on behalf of class members of Carlos Flores) | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Sionne | Robert (on behalf of class members of Joseph Sionne) | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Carey | Shauna | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Siler | Gregory | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Siler | Lynelle | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Phillips | Troy (on behalf of class members of LaRaye Phillips) | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Herron | Kelvin | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Crocker | Tyler | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Palafox | Erminio | Abrams, et al. v. General Motors, LLC; 1:16-cv-00924 |
| Bradford | Latanya | Bradford, et al. v. General Motors, LLC; 1:15-cv-04088 |
| Caldwell | Gary | Bradford, et al. v. General Motors, LLC; 1:15-cv-04088 |
| Caldwell | Gary (Individually | Bradford, et al. v. General Motors, LLC; 1:15-cv-04088 |

| Last Name | First Name | Cause Number |
|---|---|---|
|  | and on behalf of IC, a Minor) |  |
| Tupper | Sandy | Bradford, et al. v. General Motors, LLC; 1:15-cv-04088 |
| Flanery | Anthony (as Administrator of the Estate of Rickie Flanery) | Bradford, et al. v. General Motors, LLC; 1:15-cv-04088 |
| Wilson | Marilyn (on behalf of the Estate of Shon Wilson) | Bradford, et al. v. General Motors, LLC; 1:15-cv-04088 |
| Hebert | Depaul | Buckley, et al. v. General Motors LLC; 1:16-cv-03768 |
| Booker | Latisha | Buckley, et al. v. General Motors LLC; 1:16-cv-03768 |
| Mitchell | Branden | Buckley, et al. v. General Motors LLC; 1:16-cv-03768 |
| Ruter | Amber | Buckley, et al. v. General Motors LLC; 1:16-cv-03768 |
| Shaffer | Mack | Buckley, et al. v. General Motors LLC; 1:16-cv-03768 |
| Thomas | Anthony | Buckley, et al. v. General Motors LLC; 1:16-cv-03768 |
| Riley | Lennie (on behalf of Minor Plaintiff T.M.R.) | Buckley, et al. v. General Motors LLC; 1:16-cv-03768 |
| Weathers | Michael | Buckley, et al. v. General Motors LLC; 1:16-cv-03768 |
| Mullin | John | Mullins, et al. v General Motors LLC; BC568381 |
| Mullin | Eileen | Mullins, et al. v General Motors LLC; BC568381 |
| Bray | Lynette | Mullins, et al. v General Motors LLC; BC568381 |
| Marker | Joyce | Mullins, et al. v General Motors LLC; BC568381 |
| Sizemore | Elizabeth | Mullins, et al. v General Motors LLC; BC568381 |

| Last Name | First Name | Cause Number |
|---|---|---|
| Dennard | Rickey | Scovil, et al. v General Motors LLC; 1:16-cv-5251 |
| Scritchfield | Rachel | Scovil, et al. v General Motors LLC; 1:16-cv-5251 |
| Lacy | Michelle | Scovil, et al. v General Motors LLC; 1:16-cv-5251 |
| Borba | Susan | Scovil, et al. v General Motors LLC; 1:16-cv-5251 |
| Celio | Nancy | Scovil, et al. v General Motors LLC; 1:16-cv-5251 |
| Celio | Stephanie | Scovil, et al. v General Motors LLC; 1:16-cv-5251 |
| Wolak | Catherine | Scovil, et al. v General Motors LLC; 1:16-cv-5251 |
| Delillo | Kristin | Scovil, et al. v General Motors LLC; 1:16-cv-5251 |
| Pollard | Miranda | Scovil, et al. v General Motors LLC; 1:16-cv-5251 |
| Foreman | Renee | Scovil, et al. v General Motors LLC; 1:16-cv-5251 |
| Simms | Elijah | Scovil, et al. v General Motors LLC; 1:16-cv-5251 |
| Anderson | Wantina | Scovil, et al. v General Motors LLC; 1:16-cv-5251 |
| Gray | Clara | Scovil, et al. v General Motors LLC; 1:16-cv-5251 |
| Ibarra | Jacqueline | Scovil, et al. v General Motors LLC; 1:16-cv-5251 |
| Lawler-Yawney | Michael | Scovil, et al. v General Motors LLC; 1:16-cv-5251 |
| Baker-Winfield | April | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Barber | Penny | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Brownley | Jared | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Butcher | Marian | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Carletti | Carmen | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |

| Last Name | First Name | Cause Number |
|---|---|---|
| Coleman | Melvin | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Coon | James | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Coon | Tonia | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Dudley | Elizabeth | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Erickson | Kimberly | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Folmar | Kevin | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Harris | Amber | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Johnson | Fannie | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Kunshier | Andrew | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Maiden | Jake | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Mangum | David | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| McClure | Robert | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Middle | Jennifer | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Pappas | Dolores | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Shippee | Annette (Individually and as Representative of the Estate of Wade Shippee) | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Tassell | Ella | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Vargas | Brianna | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Watson | Scott | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| West | Donald | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |

| Last Name | First Name | Cause Number |
|---|---|---|
| Woods | Chantell | Scruggs, et al. v General Motors LLC; 1:15-cv-08324 |
| Valachos | Mary | Zapata, et al. v. General Motors LLC; 1:17-cv-02686 |
| McHardie | Linda | Zapata, et al. v. General Motors LLC; 1:17-cv-02686 |
| Evans | Samantha | Zapata, et al. v. General Motors LLC; 1:17-cv-02686 |
| Haughes | Geoffrey | Zapata, et al. v. General Motors LLC; 1:17-cv-02686 |
| Duniphan | Kyrie | Zapata, et al. v. General Motors LLC; 1:17-cv-02686 |
| Duniphan | Justin | Zapata, et al. v. General Motors LLC; 1:17-cv-02686 |
| Young | Latoya | Zapata, et al. v. General Motors LLC; 1:17-cv-02686 |
| Parnham-Lawrence | Alice | Zapata, et al. v. General Motors LLC; 1:17-cv-02686 |
| Land | Wanda | Zapata, et al. v. General Motors LLC; 1:17-cv-02686 |
| Perez | Ronaldo | Zapata, et al. v. General Motors LLC; 1:17-cv-02686 |
| Smith | Robert | Zapata, et al. v. General Motors LLC; 1:17-cv-02686 |
| Cephus | Luella | Zapata, et al. v. General Motors LLC; 1:17-cv-02686 |